Honorable J. Kelley Arnold

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| PACIFIC FOODS OF OREGON, INC., an Oregon corporation<br><br>Plaintiff,<br><br>v.<br><br>TASTEBUD FUSION, INC., a Washington corporation d/b/a/ PACIFIC FOODS INTERNATIONAL,<br><br>Defendant. | No. C05-5269JKA<br><br>STIPULATION AND ORDER TO EXTEND DEADLINE FOR THE SUBMISSION OF THE JOINT STATUS REPORT |

The parties hereby stipulate and agree to the extension of the deadline for the submission of a Joint Status Report in this action by thirty (30) days to and including August 17, 2005. The parties request this extension so that they can continue to explore settlement.

CHRISTENSEN O'CONNOR
JOHNSON KINDNESS PLLC

/s/ W. David Shenk
W. David Shenk, WSBA No.: 30,797
1420 Fifth Avenue, Suite 2800
Seattle, WA 98101-2347
Telephone: 206.682.8100
Fax: 206.224.0779
Attorneys for Plaintiff Pacific Foods of Oregon, Inc.
E-mail: david@cojk.com,
courtdocs@efiling.com

JORDAN, CAPLAN, PAUL & ETTER

/s/ John C. Etter
John C. Etter, WSBA No.: 8,670
755 Pittock Block
921 SW Washington, Suite 755
Portland, OR 97205
Telephone: 503.224.0417
Fax: 503.294.7941
Attorneys for Defendant Tastebud Fusion, Inc., a Washington corporation

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE (C05 5269 JKA) - 1
PFOOPFOO\2686PL3.DOC

CHRISTENSEN O'CONNOR JOHNSON KINDNESS PLLC
LAW OFFICES
1420 Fifth Avenue, Suite 2800
Seattle, WA 98101-2347
TELEPHONE: 206.682.8100

# ORDER

IT IS SO ORDERED that the deadline for the submission of a Joint Status Report in this action is hereby extended by thirty (30) days to and including August 17, 2005.

Dated this 15th day of July, 2005.

/s/ J. Kelley Arnold
The Honorable J. Kelley Arnold
United States Magistrate Judge

Presented by:

CHRISTENSEN O'CONNOR
JOHNSON KINDNESS PLLC

/s/ W. David Shenk
W. David Shenk, WSBA No. 30,797
Attorneys for Pacific Foods of Oregon, Inc.

STIPULATION AND [PROPOSED] ORDER TO
EXTEND DEADLINE (C05 5269 JKA) - 2
PFOOPFOO\2686PL3.DOC

CHRISTENSEN
O'CONNOR
JOHNSON
KINDNESS PLLC

LAW OFFICES
1420 Fifth Avenue, Suite 2800
Seattle, WA  98101-2347
TELEPHONE: 206.682.8100

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of July, 2005, the original of the STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR THE SUBMISSION OF THE JOINT STATUS REPORT was filed with the Clerk of the Court using the CM/ECF system and a true copy was served in the manner listed below:

Via U.S. Mail to:

> John C. Etter, Esq.
> Scott D. Caplan, Esq.
> Jordan, Caplan, Paul & Etter
> 755 Pittock Block
> 921 SW Washington, Suite 755
> Portland, OR  97205

Attorneys for Defendant TASTEBUD FUSION, INC., a Washington corporation

s/ Jackie Brown
Jackie Brown

STIPULATION AND [PROPOSED] ORDER TO
EXTEND DEADLINE (C05 5269 JKA) - 3
PFOOPFOO\2686PL3.DOC

CHRISTENSEN
O'CONNOR
JOHNSON
KINDNESS PLLC

LAW OFFICES
1420 Fifth Avenue, Suite 2800
Seattle, WA  98101-2347
TELEPHONE:  206.682.8100